**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

PAMELA RICKS,

    Plaintiff,                                         Case No.: 6:17-cv-1123-Orl-41KRS

v.

MEDICREDIT, INC.,

    Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, Pamela Ricks, by and through undersigned counsel, hereby gives notice of pending settlement in the instant matter. The parties have reached a tentative settlement and are in the process of drafting, finalizing, and executing the formal settlement documents. Upon completion of same, the parties will file the appropriate dismissal documents with the Court.

Respectfully submitted this 15th day of February 2018.

                                                       By:/s/ *Christopher Legg*
                                                       Christopher W. Legg, Esq.
                                                       Fla. Bar No.: 44460

                                                       Christopher W. Legg, P.A.
                                                       499 E. Palmetto Park Rd., Ste. 228
                                                       Boca Raton, FL 33432
                                                       Office: 954-962-2333
                                                       Chris@theconsumerlawyers.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 15, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/ or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *Christopher Legg*
Christopher W. Legg, Esq.